UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| KEISHA RIDDLE et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:21-cv-00031 |
| JUSTIN WALKER, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 30) recommending the Court grant in part Walker's Motion to Dismiss for Failure to Prosecute (Doc. No. 25) and his Motion for Entry of Order of Dismissal (Doc. No. 29). Neither Walker, nor either Riddle filed an objection to the R&R.

In instances where no party objects to the R&R within 14 days of service, the Court is released from its duty to independently review the matter. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Still, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Walker's Motion to Dismiss for Failure to Prosecute (Doc. No. 25) and Motion for Entry of Order of Dismissal (Doc. No. 29) are **GRANTED IN PART**. The case is **DISMISSED WITHOUT PREJUDICE**. In the event that Keisha or

1

Jonathan Riddle refile their claims, Walker may move for costs associated with any necessary but duplicative work.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE